IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| TODD A. BOULANGER, | 1:09-cr-00025-RWR |
| Defendant. | |

## PROPOSED ORDER

Pursuant to Fed. R. Crim. P. 32.1(c)(2)(B) and (C), the conditions of supervision in this matter are hereby amended as follows:

1. The term that Mr. Boulanger not leave the judicial district without the permission of the court or probation office (standard condition number 1) is hereby deleted.

2. In place of that term, it is ordered that the Defendant is authorized to travel ~~outside the judicial district domestically and internationally~~ *within the United States* during the term of his supervised release. *He shall not travel outside the United States without the prior permission of the court or Probation Office.*

3. All other terms of supervision remain the same.

It is so ORDERED this *12th* day of ~~February~~ *March*, 2012.

_____
Honorable Richard W. Roberts
United States District Judge

DC 50861308 1